NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MAHINDRA & MAHINDRA LTD., MAHINDRA AUTOMOTIVE NORTH AMERICA, INC.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**FCA US LLC,**
*Intervenor*

----------------------------------------------

**FCA US LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MAHINDRA & MAHINDRA LTD., MAHINDRA AUTOMOTIVE NORTH AMERICA, INC.,**
*Intervenors*

———————————

2020-2173, 2021-1687

———————————

Appeals from the United States International Trade Commission in Investigation No. 337-TA-1132.

---

**JUDGMENT**

---

DIMITRIOS T. DRIVAS, White & Case LLP, New York, NY, argued for appellants. Also represented by LAURA LOGSDON, STEFAN MENTZER; R. DAVID HOSP, Orrick, Herrington & Sutcliffe LLP, Boston, MA; SHERON KORPUS, Kasowitz Benson Torres LLP, New York, NY; LEIGH TAGGART, Honigman LLP, Bloomfield Hills, MI.

FRANK C. CIMINO, JR., Venable LLP, Washington, DC, argued for intervenor. Also represented by LESLIE A. LEE, ANDREW F. PRATT, MARTIN LYNN SAAD, MEGAN S. WOODWORTH; JUDITH A. POWELL, Kilpatrick, Townsend & Stockton LLP, Atlanta, GA.

HOUDA MORAD, Office of General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 9, 2022         /s/ Peter R. Marksteiner
Date                  Peter R. Marksteiner
                      Clerk of Court